# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No. 3:25-cv-00936-KDB-SCR

KENNETH C. SCHEFER,

        Plaintiff,

    v.

CHEMRING SENSORS AND ELECTRONIC SYSTEMS, INC.,

        Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant CHEMRING SENSORS AND ELECTRONIC SYSTEMS, INC., by its attorneys and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, hereby submits its Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. As grounds for this motion, Defendant states as follows:

1. On November 21, 2025, Plaintiff filed Complaint against Defendant (Dkt. 1).

2. Plaintiff attempted to serve Defendant with Summons and a copy of Plaintiff's Complaint via United States Postal Service certified mail on January 5, 2026. Plaintiff, however, failed to serve a director, officer, or managing agent in accordance with Rule 4(j)(6) of the North Carolina Rules of Civil Procedure or otherwise serve Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. If Plaintiff had properly effectuated service, Defendant's responsive pleading would currently be due on or before January 26, 2026 pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure.

4. Defendant and its counsel require additional time to fully investigate and respond to Plaintiff's allegations and claims in his Complaint.

5.      On January 20, 2026, Defendant's counsel conferred with Plaintiff by e-mail regarding this motion, and Plaintiff consents to Defendant's requested extension of time of thirty (30) days.

6.      This request is made in good faith and will not affect any other deadlines or the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

WHEREFORE, Defendant respectfully requests that the Court grant this unopposed motion and extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days to February 25, 2026.

Respectfully submitted,

CHEMRING SENSORS AND ELECTRONIC SYSTEMS, INC.

By: */s/ Frederick T. Smith*
    Frederick T. Smith
    North Carolina Bar No. 45229
    Attorney for Defendant
    SEYFARTH SHAW LLP
    300 S. Tryon Street, Suite 400
    Charlotte, North Carolina  28202
    Telephone: (704) 925-6023
    Facsimile:  (704) 559-2425
    E-mail: fsmith@seyfarth.com

Date: January 22, 2026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No. 3:25-cv-00936-KDB-SCR

KENNETH C. SCHEFER,

        Plaintiff,

    v.

CHEMRING SENSORS AND ELECTRONIC
SYSTEMS, INC.,

        Defendant.

**CERTIFICATE OF SERVICE**

I certify that, on January 22, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that I e-mailed a copy of the filing to Plaintiff at kenneth.schefer@gmail.com.

*/s/ Frederick T. Smith*
Frederick T. Smith